1  CHRISTOPHER W. MILLER, ESQ. (SBN 166348)
   DANIEL T. McNAMARA, ESQ. (SBN 222150)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95811
   Telephone:    (916) 446-4692
5  Facsimile:    (916) 447-4614

6  Attorneys for Plaintiff
   MICHAEL GROGAN
7

8
                IN THE UNITED STATES DISTRICT COURT
9
             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   MICHAEL GROGAN,                )   CASE NO.:   C 08-05534 (EDL)
12                                 )
              Plaintiff,           )   **ORDER**
13                                 )
   v.                              )
14                                 )
   CITY OF MILLBRAE, et al.        )
15                                 )
              Defendants.          )
16 _____ )

17     After consideration of the Stipulation to Continue Case Management Conference presented
18 to the Court:

19     **IT IS HEREBY ORDERED** that the Initial Case Management Conference is continued
20 until  May 19, 2009 at 10:00 a.m.          .

21     **IT IS HEREBY FURTHER ORDERED** that all other dates in this Court's Order Setting
22 Initial Case Management Conference and ADR Deadlines are continued accordingly.

23
24 DATED: February 26, 2009

25
                                   _____
26                                 The Honorable Elizabeth D. Laporte
                                   Magistrate Judge
27                                 United States District Court

28

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

ORDER                                          MICHAEL GROGAN v. CITY OF MILLBRAE
                                               USDC Case No. C 08-055534 (EDL)